**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Donnie Chavis, *individually and on behalf of all similarly situated persons*,

    Plaintiff,

v.

Caduceus Occupational Medicine,

    Defendant.

CIVIL ACTION NO.

1:11-cv-00760-JOF

## **ORDER**

This matter is before the court on Plaintiff's Notice of Filing Amended Notice of Lawsuit Against Caduceus Occupational Medicine and Consent Form [27].

This is a class action lawsuit brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.* On February 23, 2012, the court granted Plaintiff's Motion for Conditional Certification and Issuance of Notice and directed Plaintiff to make several changes to its proposed combined notice and consent form. In the order, Plaintiff was directed to remove from its form the space for this court's signature. In response, Plaintiff filed an amended proposed combined notice and consent form. The amended form, however, still ends with "Honorable J. Owen Forrester, United States District Judge." D.E. [27-1], at

3. Plaintiff should further amend its form by removing these two lines, and then re-file the form with the court for its final approval.

     **IT IS SO ORDERED** this 12th day of April, 2012.

                                     S/   J. Owen Forrester
                                     J. OWEN FORRESTER
                                     SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)