UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNIE CHAVIS, individually and on behalf of all similarly situated persons, ) ) ) ) Plaintiffs, ) ) v. ) ) CADUCEUS OCCUPATIONAL MEDICINE, ) ) ) ) Defendant. ) | Civil Action File No. 1:11-cv-00760-WCO |

## MEDIATED SETTLEMENT TERMS

The parties in the above-captioned matter have mediated with the Honorable J. Clay Fuller, United States Magistrate Judge, and agree to settle this matter under the following terms:

1. Defendant will pay the Plaintiff and opt-in Plaintiffs in this matter the following sums:

| Client Name | Payment |
|---|---|
| Allen, Quartas | $ 6,000.00 |
| Baker, Patrice | $ 9,236.62 |
| Bolden, Tamra | $ 6,000.00 |

| | |
|---|---|
| Chavis, Donnie | $ 10,413.74 |
| Collins, Kendra | $ 10,814.41 |
| Couch, Kimberly | $ 6,000.00 |
| Davis, Byron | $ 8,415.70 |
| Edge, Frances | $ 6,000.00 |
| Espinal, Farrah | $ 5,000.00 |
| Griffin, Jason | $ 8,717.04 |
| Norman, Rasheed | $ 8,200.30 |
| Thompkins, Nicole | $ 6,770.63 |
| Wingfield, Nelson | $ 11,148.62 |
| Worthy, Takisha | $ 11,282.93 |
| **Total to Plaintiffs** | $114,000.00 |

2. Defendant will pay the Plaintiffs' attorneys $130,000.00.

3. Payment of all sums referenced in items 1 and 2 above within 30 days of the date of the Court's approval.

4. The settlement will be announced subject to the Court's approval.

5. In exchange for the above referenced payments, Plaintiff and opt-in Plaintiffs will provide a general release of all claims arising under the Fair Labor Standards Act, 29 U.S.C. § 207 *et seq.*

6. Defendant will release all claims it may have against Plaintiff, opt-in Plaintiffs, and any of Plaintiffs' attorneys arising from this matter.

7. The parties agree that the settlement is fair, just, and adequate to settle the claims of Plaintiffs.

Agreed to this 13th day of August, 2015.

_____  
Edward D. Buckley  
Attorney for Plaintiffs  
Date: 8/13/15

_____  
Frederick C. Dawkins  
Attorney for Defendant  
Date: 8/13/15