

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DONNIE CHAVIS, individually )
and on behalf of all similarly situated )
persons, )
      ) Civil Action
      ) File No. 1:11-cv-00760-WCO
    Plaintiffs, )
      )
v. )
      )
CADUCEUS OCCUPATIONAL )
MEDICINE, )
      )
    Defendant. )

### ORDER APPROVING FLSA SETTLEMENT AND ADMINISTRATIVELY CLOSING THE CASE

    This action came before the Court on the parties' Joint Motion for Approval of FLSA Settlement. Therein, the parties properly sought final approval of the terms of their settlement. *Lynn Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.").

    Having reviewed the Joint Motion and Brief in Support thereof, the record, and the details of the settlement, the Court concludes that the terms of the settlement are (1) fair to the Plaintiffs; (2) reflect a reasonable compromise over

1

the issues that are actually in dispute in this case; and (3) demonstrate a good faith intention by the parties that the Plaintiffs' claims be fully and finally resolved.

Accordingly, the Motion is GRANTED, and the settlement is APPROVED by the Court as a final, fair, adequate, and reasonable resolution of this action.

IT IS FURTHER ORDERED that the Mediated Settlement Terms document (Settlement Agreement) is incorporated into this Order as if fully set forth herein, and Defendant shall make the payment to Plaintiffs' and their counsel within 30 days of this Order as set forth in the settlement agreement. On or before 35 days after all settlement payments are received, the parties are directed to file a stipulation of dismissal with prejudice or a status report regarding the settlement, with the right of any party to reopen the case if the settlement is not concluded. Considering the status of the case, the Court will remove the action from its calendar and administratively close the case but with the right of any party to reopen the case if the settlement is not concluded.

SO ORDERED this 26th day of August, 2015.

/s/ William C. O'Kelley
Hon. William C. O'Kelley
United States District Court Judge